DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HOLLIS BREWINGTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-528

_____

December 1, 2023

Appeal from the Circuit Court for Pinellas County; William H. Burgess, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolan Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.